LARRY D. COMPTON
CHAPTER 13 TRUSTEE
400 D Street, Suite 210
Anchorage, AK  99501
Telephone (907) 276-6660
FAX      (907) 258-3348

**FILED**

NOV - 5 2010

CLERK
U.S. BANKRUPTCY

By _____
          Deputy Clerk

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ALASKA

In re:                                    )
                                          )
LEANNA D. REIN,                           )     Case no. A 05-01153 DMD
                                          )
                                          )     Chapter 13
                                          )
                                          )
         Debtor(s),                       )
_____      )

### REPORT OF UNCLAIMED MONIES

**TO THE HONORABLE DONALD MacDONALD IV, Bankruptcy Judge:**

**Comes now, Larry D. Compton, Chapter 13 Trustee, and respectfully represents:**

1. Having received money from the above captioned estate and disbursed funds to creditor Chase Bank USA (POC #4), and that on January 15, 2009 funds were returned undeliverable.

2. Attempts to contact the creditor to get a current address have been unsuccessful.

3. The total amount of funds accumulated on this claim is $421.67.

THEREFORE, pursuant to Title 11, U.S.C. 347 (a), a negotiable instrument in the amount of $421.67, made payable to the "Clerk of the Court", for the unclaimed funds in the above-referenced estate is made for payment into the Registry of the Court. The name and address, so far as known, of the person entitled to a portion of said funds and the amount of their dividend is as follows:

| Creditor | Claim # | Amount |
|---|---|---|
| Chase Bank USA, NA | 4 | $421.67 |
| PO Box 15145 | | |
| Wilmington, DE 19850-5145 | | |

Dated this 5 day of November 2010.

_____
Larry D. Compton
Chapter 13 Trustee

RECEIPT # 21388
FEE $ 421.67